# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-1267-BAS |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ALEXIS ORTIZ (4), | |
| Defendant. | |

On February 6, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of ALEXIS ORTIZ ("Defendant") in the following approximately $3,225.00 U.S. Currency pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2).

For thirty (30) consecutive days ending on August 23, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

1     There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of forfeiture.

    Thirty (30) days have passed following the final date of notice of publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of ALEXIS ORTIZ and any and all third parties in the following approximately $3,225.00 U.S. Currency is hereby condemned, forfeited, and vested in the United States of America.

    IT IS FURTHER ORDERED that the Drug Enforcement Administration and or the United States Marshals Service shall dispose of the forfeited specific property according to law and shall deposit the proceeds thereof into the Asset Forfeiture Fund.

**IT IS SO ORDERED.**

Dated: September 23, 2024

Hon. Cynthia Bashant
United States District Judge